**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| William Mott, *on behalf of himself and all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Remedy Tax Solutions, LLC,<br><br>Defendant. | Civil No. 2:24-CV-276-SCJ |

# PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff William Mott files this Notice of Voluntary Dismissal of all claims against Defendant, Remedy Tax Solutions, LLC, *without prejudice*, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This 13th day of February, 2025.

*/s/John A. Love*
John A. Love (GA Bar No. 459155)
LOVE CONSUMER LAW
2500 Northwinds Parkway, Suite 330
Alpharetta, Georgia 30009
Tel: 404-855-3600
Fax: (404) 301-2300
tlove@loveconsumerlaw.com

## CERTIFICATE OF SERVICE

I certify that on February 13, 2025, I caused a copy of the foregoing to be filed through the Court's electronic filing system which will deliver a copy to Defendant's Counsel of Record:

Nicholas P. Panayotopoulos
Georgia Bar No. 560679
Jennifer A. Adler
Georgia Bar No. 585635
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Tel: (404) 876-2700;
Fax: (404) 875-9433
npanayo@wwhgd.com
jadler@wwhgd.com

*/s/ John A. Love*

John A. Love